**No. 48705.**—Protest 803289–G of Walter Neuman (New York).

Opinion by CLINE, J. The record showed that at the time of entry tags marked "Czechoslovia" were attached to the bales and that the importer was required to hand-mark the word "Czechoslovakia" on the bales before they were released from customs custody. The court was of the opinion that the tags attached to the bales of feathers in this case accomplished a marking of the goods sufficient to indicate to the consumer the name of the country of origin. The claim that the merchandise is not dutiable at the additional rate of 10 percent was therefore sustained. *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065); followed. *American Hatters & Furriers Co.* v. *United States* (1 Cust. Ct. 111, C. D. 31) and Abstracts 40549, 41128, and 42581 cited.

**No. 48706.**—Protest 96599–K of Ernest E. Marks Co. (New York).

Opinion by CLINE, J. An examination of the record failed to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's decision. The protest was overruled.

**No. 48707.**—Protests 68768–K, etc., of Wm. G. Scarlett & Co. et al. (Baltimore and Boston).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, SEPTEMBER 2, 1943

**No. 48708.**—Protests 65926–K, etc., of American President Lines, Inc. (Honolulu, etc.).

Opinion by KEEFE, J. At the trial counsel for the Government moved to dismiss the protests because of lack of jurisdiction on the part of the court. In view of the decision in *Waterman Steamship Corp.* v. *United States* (30 C. C. P. A. 119, C. A. D. 223) the court granted the Government's motion to dismiss.

**No. 48709.**—Protests 587756–G, etc., of B. Westergaard & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.